

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**TRAVIS GENE SLOAT,**<br><br>*Defendant.* | **SEALED**<br><br>Case No. **CR 23-005 RAW** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### ATTEMPTED SEXUAL EXPLOITATION OF A CHILD/ USE OF A CHILD TO PRODUCE A VISUAL DEPICTION
### [18 U.S.C. §§ 2251(a) & 2251(e)]

In or about December 2021, within the Eastern District of Oklahoma, the defendant, **TRAVIS GENE SLOAT**, did employ, use, persuade, induce, entice, and coerce J.C., a minor, to engage in any sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and attempt

to do the same, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 2253]

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of the violation charged in Count One of this Indictment involving violation of Title 18, United States Code, Sections 2251(a) and 2251(e), the defendant, **TRAVIS GENE SLOAT**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title, and interest in:

   a) any visual depiction described in Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

   b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

_____
ANTHONY C. MAREK
State Bar of Michigan #P76767
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY