# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**TRAVIS GENE SLOAT,**<br><br>*Defendant.* | Case No. CR-23-005-RAW |

## MOTION TO UNSEAL CASE

**COMES NOW**, the United States of America by and through Christopher J. Wilson, United States Attorney and Anthony C. Marek, Assistant United States Attorney, and moves to unseal the above captioned and numbered case. In support of said request, the Government would submit the following:

1. On January 10, 2023, a sealed Indictment was filed in the U.S. District for the Eastern District of Oklahoma.

2. On January 10, 2023, a "Warrant for Arrest" was filed in the U.S. District Court for the Eastern District of Oklahoma commanding the arrest of the defendant.

3. The United States Magistrate Judge for the Eastern District of Oklahoma has set an arraignment for the defendant and the case should be unsealed for purpose of providing the defendant notice of the current charges.

**WHEREFORE**, premises considered, the United States of America respectfully requests the Court unseal the case.

        Respectfully submitted,

        CHRISTOPHER J. WILSON
        United States Attorney

s/   <u>Anthony C. Marek</u>
        ANTHONY C. MAREK
        State Bar of Michigan #P76767
        Assistant United States Attorney
        Attorney for the Plaintiff
        520 Denison Avenue
        Muskogee, OK 74401
        Telephone: (918) 684-5100
        E-mail: Anthony.Marek@usdoj.gov