### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
|     *Plaintiff*, | ) |
| | )   Case No.: **CR-23-005-RAW** |
| vs. | ) |
| | ) |
| **TRAVIS GENE SLOAT,** | ) |
|     *Defendant*. | ) |

### ENTRY OF APPEARANCE

**To the Clerk of this court and all parties of record:**

**COMES NOW**, Matthew R. Price and enters his appearance as counsel of record on behalf of the Defendant, **Travis Gene Sloat**, and requests that all future correspondence and notices be sent to him via the Electronic Case Filing System. I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Dated January 28, 2023

                                                                    Respectfully submitted,

                                                                     **s/ Matthew R. Price**
                                                                     MATTHEW R. PRICE
                                                                     State Bar of Oklahoma #32486
                                                                     Attorney for the Defendant
                                                                     HAMMONS HAMBY & PRICE, PLLC
                                                                     330 N. 4th Street
                                                                     Muskogee, OK 74401
                                                                     Telephone:   (918) 683-0309
                                                                     Facsimile:    (918) 686-7510
                                                                     Email:         mrp@hammonsprice.com

Criminal Cases Only:
**Retained**

### Certificate of Service

__X__ I hereby certify that on January 28, 2023, I electronically transmitted this document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                                                                                                               **s/ Matthew R. Price**