IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA
Before the Honorable Ronald A. White
United States Courthouse, Courtroom 2, Room 224
Muskogee, Oklahoma

**ORDER FOR CRIMINAL PRETRIAL CONFERENCE**

IT IS ORDERED:

**Prior to the Criminal Pretrial Conference:**

**FILED by 12:00 NOON on FRIDAY, 2/10/2023:**

- Motion for Continuances OR Notice of Intent to Plead OR
- Requested Jury Instructions, Verdict Forms and Trial Briefs
- Joint Notice of Submission of Electronic Media, containing the description of the media, to include any separate segregated portions, with any objections thereto. **Media not timely filed and submitted will be disallowed.**
- Notices regarding: (A) Expert Witnesses; (B) Rule 415; and (C) Rule 404(b) *Daubert Motions, if any, to be filed by NOON on Friday, 2/10/2023.*

**SUBMITTED TO CHAMBERS by 12:00 NOON on FRIDAY, 2/10/2023**:

- Copy of the Notice and Media for in-camera review
- Agreed Stipulations (can be signed by the parties at the PTC)
- List of Pre-admission of exhibits

All **discovery** is to be COMPLETED. **All pending Motions** will be heard at the Pretrial Conference. **Attorneys who will conduct the trial are required to attend the conference** unless a substitute attorney is authorized by the Court. Counsel shall consult with their client regarding the possibility of a Magistrate Judge handling jury selection. If applicable, **Counsel are directed to provide the Court with a signed Consent form at the PTC.** *(Consent Form is located on the Court's website)*

**CASE IS EXPECTED TO BE READY FOR TRIAL AT THE PRETRIAL CONFERENCE,** *where a specific date for trial will be discussed.*

---

**THURSDAY, FEBRUARY 16, 2023**

---

**10:00 A.M.**

CR-23-005-RAW         United States of America v. Travis Gene Sloat

---

DATED this 1st day of February, 2023.

Ronald A. White
United States District Judge
Eastern District of Oklahoma