OKED 442 (Rev. 09/15)

**SEALED**  **ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

**RECEIVED**
JAN 1 1 2023
U.S. Marshals
Eastern Oklahoma

United States of America )
v. )
)
) Case No. CR-23-005-RAW
)
TRAVIS GENE SLOAT )
_Defendant_ )
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
**TRAVIS GENE SLOAT**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 – Attempted Sexual Exploitation of a Child/Use of a Child to Produce a Visual Depiction with Forfeiture Allegation

DATE: 01/10/2023
Muskogee, Oklahoma



WARRANT ISSUED:
BONNIE HACKLER, Clerk

By: _____
Deputy Clerk

### Return

This warrant was received on (date) 01/11/23, and the person was arrested on (date) 1/27/23
at (city and state) Fort Gibson, OK.

Date: 1/27/23

_____
Arresting officer's signature

Robert Steier DUSM
Printed name and title