### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA,**

*Plaintiff,*

v.

**TRAVIS GENE SLOAT,**

*Defendant.*

**Case No. CR-23-005-RAW**

### GOVERNMENT'S RESPONSE
### OPPOSING DEFENDANT'S MOTION FOR WAIVER OF JURY TRIAL

Federal Rule of Criminal Procedure 23(a) provides that, if a defendant is entitled to a jury trial, the trial must be by jury unless the defendant waives a jury trial in writing, the government consents, and the court approves. The government respectfully declines to consent to a nonjury trial in this case. Because a hearing on this issue is not likely to be an economical use of the Court's or the parties' resources, the government respectfully requests that Defendant's motion be denied without a hearing.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/      Anthony C. Marek
ANTHONY C. MAREK
State Bar of Michigan #P76767
Assistant United States Attorney
520 Denison Ave.
Muskogee, OK 74401
(918) 684-5100
Anthony.Marek@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 31, 2023, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Matthew R. Price
Counsel for Defendant


s/    <u>Anthony C. Marek               </u>
ANTHONY C. MAREK
Assistant United States Attorney