IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| *Plaintiff*, | ) |
| | ) Case No.: **CR-23-005-RAW** |
| vs. | ) |
| | ) |
| **TRAVIS GENE SLOAT,** | ) |
| *Defendant*. | ) |

**DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

**COMES NOW**, Defendant Travis Gene Sloat, by and through his attorney of record, Matthew R. Price, and moves specifically request certain jury instructions as follows:

1.33

LESSER INCLUDED OFFENSE

If you unanimously find the defendant not guilty of the

offense charged, or if, after all reasonable efforts, you are

unable to agree on a verdict as to that offense, then you

must determine whether the defendant is guilty or not

guilty of Video Voyeurism.

The difference between these two offenses is that, to

convict the defendant of Video Voyeurism, the government does not

have to prove that the victim was under the age of 18 or that the visual depiction was of sexually explicit conduct. This is an element of the

greater offense, but not of the lesser included offense.

For you to find the defendant guilty of Video Voyeurism, the

government must prove each of the following elements beyond a reasonable doubt:

Whoever, in the special maritime and territorial jurisdiction of the United States,

has the intent to capture

an image of a private area of an individual

without their consent, and

knowingly where individual has a reasonable expectation of privacy

If you are convinced that the government has proved all of these elements beyond a reasonable doubt, you may find the defendant guilty of the lesser included offense. If you have a reasonable doubt about any of these elements, then you must find the defendant not guilty of the lesser included offense.

     WHEREFORE the Defendant moves this Court include these instructions for jury trial and for any and all further relief as this Court deems appropriate.

Dated June 6, 2023

                        Respectfully submitted,

                        **s/ Matthew R. Price**
                        MATTHEW R. PRICE
                        State Bar of Oklahoma #32486
                        Attorney for the Defendant
                        HAMMONS HAMBY & PRICE, PLLC
                        330 N. 4th Street
                        Muskogee, OK 74401
                        Telephone:   (918) 683-0309
                        Facsimile:    (918) 686-7510
                        Email:        mrp@hammonsprice.com

Criminal Cases Only:
**Retained**

## Certificate of Service

__X__ I hereby certify that on June 6, 2023, I electronically transmitted this document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                                                              **s/ Matthew R. Price**