# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff*, v. **TRAVIS GENE SLOAT,** *Defendant.* | Case No. CR-23-5-RAW |

## GOVERNMENT'S MOTION TO BE EXCUSED FROM ATTENDANCE AT THE PRETRIAL CONFERENCE

COMES NOW, the United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Anthony C. Marek, and respectfully requests permission to be excused from attendance at the pretrial conference. In support, the government shows the following:

1. This case is set on the Court's July trial docket. A pretrial conference is scheduled for June 15, 2023.

2. The undersigned attorney for the government is planning to attend the National Law Enforcement Training on Child Exploitation, sponsored by the Internet Crimes against Children Task Force, from June 13 to 15, 2023, in Atlanta, Georgia.

3. The undersigned attorney acknowledges and appreciates this Court's preference that trial counsel attend pretrial conferences. Accordingly, Assistant United States Attorney Jessie K. Heidlage would appear for the government should this motion be granted. AUSA Heidlage will try the case on behalf of the government with AUSA Marek and will be prepared to discuss any outstanding issues related to the upcoming trial.

WHEREFORE, the government respectfully requests entry of an order excusing Assistant United States Attorney Anthony C. Marek from attending the June 15, 2023 pretrial conference.

        Respectfully submitted,

        CHRISTOPHER J. WILSON
        United States Attorney

s/    Anthony C. Marek
        ANTHONY C. MAREK
        State Bar of Michigan #P76767
        Assistant United States Attorney
        520 Denison Ave.
        Muskogee, OK 74401
        (918) 684-5100
        Anthony.Marek@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Matthew R. Price
Counsel for Defendant

s/    Anthony C. Marek
        ANTHONY C. MAREK
        Assistant United States Attorney