# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: | CR-23-05-RAW |
| Plaintiff, | ) | | |
| v. | ) | Date: | 06/15/2023 |
| TRAVIS GENE SLOAT, | ) | Time: | 10:22 a.m. – 10:39 a.m. |
| Defendant. | ) | | |

## MINUTE SHEET – CRIMINAL PRETRIAL CONFERENCE

Ronald A. White, Judge    T. Stephens, Deputy Clerk    S. Ottwell, Court Reporter
Courtroom 2 - Room 224

Counsel for Plaintiff:    Jessie Heidlage, Asst. U.S. Attorney
Counsel for Defendant:    Matthew R. Price, Retained w/ Defendant

**Minutes:**

Court inquired if case was ready for trial and if there were any discovery issues. Counsel responded they are ready for trial and that there are no discovery issues. Parties consented to Magistrate Judge conducting jury selection submitted an executed consent form and Court accepted. Court inquired regarding Stipulations and pre-admission of exhibits. Counsel agreed that there are no stipulations or agreement to pre-admission of exhibits. Discussion regarding the audio/media for this case. Court advised it would allow 20 minutes each for opening statements. Counsel agreed that they anticipate 3 days for trial. Court addressed Government's Unopposed Motion for Leave to file 404b Notice Out of Time (DE #40). Government responded. Court granted the Motion and went on to address the Notice. Counsel responded. Defendant to file a Response by 6/21/2023. Court advised it would get an Order entered. Discussion regarding Government's trial brief and hearsay, Government's expert and bench conferences.

Court advised that this case is set for Jury Selection on 7/24/2023 at 9:00 a.m. with the Jury Trial begin at 1:00 p.m. Defendant inquired about a potential jury instruction. Court responded.

Nothing further.

Court adjourned.