IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

**FILED**

JUN 1 5 2023

BONNIE HACKLER
Clerk, U.S. District Court
By_____
        Deputy Clerk

United States )
              )
              )
    Plaintiff )
              )
vs.           )   Case No. CR-23-05-RAW
              )
Travis Gene Sloat )
              )
              )
              )
    Defendant, )

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE FOR JURY SELECTION IN A CRIMINAL CASE

In accordance with the provisions of 28 U.S.C. Section 636(b)(3) and (c), the parties to the above-captioned criminal matter hereby waive their right to proceed before an Article III Judge of the United States District Court for the purpose of jury selection and consent to a United States Magistrate Judge presiding over jury selection in this case.

_____
Defendant

_____
Jessie Kathleen Heidlage
Plaintiff Attorney(s)

_____
Matthew Price
Defendant Attorney(s)

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above captioned matter is referred to United States Magistrate Judge _____ for jury selection in accordance with 28 U.S.C. § 636 (b)(3) and (c) and the foregoing consent of the parties.

_June 15, 2023_
Date

_Ronald A. White_
U. S. DISTRICT JUDGE