IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>TRAVIS GENE SLOAT,<br><br>    *Defendant*. | Case No.  CR-23-5-RAW |

## MOTION TO DISMISS

**COMES NOW** the plaintiff, United States of America, by and through United States Attorney Christopher J. Wilson, and Anthony C. Marek, Assistant United States Attorney, and hereby moves, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the Indictment filed against the defendant in the above-styled and -numbered case. In support of its Motion, the United States submits the following:

1. This matter is currently scheduled for trial beginning July 24, 2023.

2. Counsel for the defendant, Matthew R. Price, has communicated to the undersigned attorney that he concurs with the relief requested in this motion.

3. Dismissal of this case without prejudice is in the interests of justice.

WHEREFORE, premises considered, the United States of America respectfully requests that the Court dismiss without prejudice the Indictment filed against the defendant.

        Respectfully submitted,

        CHRISTOPHER J. WILSON
        United States Attorney

s/    <u>Anthony C. Marek</u>
        ANTHONY C. MAREK
        State Bar of Michigan #P76767
        Assistant United States Attorney
        520 Denison Ave.
        Muskogee, OK 74401
        (918) 684-5100
        Anthony.Marek@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2023, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Matthew R. Price
Counsel for Defendant

s/    <u>Anthony C. Marek</u>
        ANTHONY C. MAREK
        Assistant United States Attorney