IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>TRAVIS GENE SLOAT,<br><br>*Defendant*. | Case No.  CR-23-5-RAW |

## ORDER

Before the Court is the Motion by the United States of America to dismiss the Indictment against Defendant.  It is the Order of the Court that the Motion of the United States for Dismissal is hereby GRANTED and the above-styled and -numbered case is hereby dismissed without prejudice.

ORDERED THIS 11th  DAY OF July, 2023.

*[signature: Ronald A. White]*

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE